**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL ROSE, et al., | ) | CASE NO.: 5:17 CV 2008 |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| STATE FARM MUTUAL | ) | |
| AUTOMOBILE INS. CO., | ) | |
| | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

On December 11, 2017 the parties jointly informed the Court, via telephone, that this matter has been resolved. Therefore, the docket will now be marked "settled and dismissed without prejudice." The parties may submit within thirty (30) days of this order a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary. If approved, the proposed entry shall supplement this order. This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.

Dated: December 11, 2017

_/s/ John R. Adams_
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO